UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHRISTOPHER VOORHIS,

    Plaintiff

v.

KENNETH WILLIAMS, et al.,

    Defendants

Case No.: 3:25-cv-00358-MMD-CSD

**Order**

Re: ECF No. 2, 4

    Plaintiff, who is a prisoner in custody of the Nevada Department of Corrections, filed an application to proceed in forma pauperis (IFP) and civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF Nos. 1-1, 6.)

    The district court screened Plaintiff's complaint and allowed him to proceed with claims under the Eighth Amendment and Article 1, Section 6 of the Nevada Constitution against defendants Kenneth Williams, C. Lucas, Dr. Voss, Christy Coss, Robert Hartman, Robert Suwe, and Sergeant Fluerer, based on allegations that Defendants have delayed getting Plaintiff his authorized CPAP machine after his old machine broke. He alleges the new machine was authorized on December 26, 2024. (ECF No. 11.)

    Plaintiff has filed a motion for preliminary injunction (PI) and temporary restraining order (TRO) seeking an order that Defendants provide him with a new CPAP machine. (ECF Nos. 2, 4.)

    Within **14 days** of the date of this Order, the Attorney General's Office shall advise the court whether it will enter a limited notice of appearance on behalf of Defendants for the purpose of responding to Plaintiff's motion for PI/TRO. If the Attorney General's Office is willing to

enter a limited notice of appearance, then also within **14 days** of the date of this Order, the Attorney General's Office shall file a response to Plaintiff's motion for TRO/PI. The Attorney General's Office shall file under seal any **relevant** medical records. Plaintiff may kite the warden's office to review any records filed under seal, and the Attorney General's Office shall ensure that Plaintiff is given a reasonable amount of time to review these records. Plaintiff will have **seven days** from the date he receives the response to file a reply brief. The court will then determine whether to hold a hearing or issue a report and recommendation on the motion.

The Clerk of Court shall electronically serve a copy of this Order, a copy of Plaintiff's complaint (ECF No. 12), a copy of the order screening the complaint (ECF No. 11), as well as a copy of Plaintiff's motion for PI/TRO (ECF Nos. 2, 4) on the Nevada Attorney General's Office by adding the Nevada Attorney General's Office to the docket sheet. This will not constitute a general appearance.

Plaintiff is advised that there is still a stay entered in this case while the parties participate in the court's early mediation program. As such, Plaintiff shall not file any other documents with the court while the stay is in place except for his reply brief as directed in this Order.

**IT IS SO ORDERED**.

Dated: October 9, 2025

_____
Craig S. Denney
United States Magistrate Judge