UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER VOORHIS,<br><br>　　Plaintiff<br><br>v.<br><br>KENNETH WILLIAMS, et al.,<br><br>　　Defendants | Case No.: 3:25-cv-00358-MMD-CSD<br><br>**Order**<br><br>Re: ECF No. 16 |

　　Plaintiff initiated this action with the filing of a 42 U.S.C. § 1983 complaint alleging that Defendants have delayed getting him a new CPAP machine after his old one broke, and a motion for a preliminary injunction (PI) and temporary restraining order (TRO) seeking an order that Defendants provide him with a new CPAP machine. (ECF Nos. 2, 4.)

　　On October 23, 2025, Defendants entered a limited appearance for the purposes of filing an opposition to Plaintiff's motion (ECF Nos. 15, 16). In their opposition, Defendants state that Plaintiff has been authorized for a sleep study, which is a prerequisite to ordering him a new CPAP machine. Defendants assert that a sleep-tracking smart ring, necessary to conduct the sleep study, has been ordered from a third-party provider but has not yet been received. They argue they have no control over how long it takes a third-party provider to fulfill their request, and for that and several other reasons, the motion for preliminary injunction and TRO should therefore be denied.

　　Although Defendants state a sleep-tracking smart ring has been ordered, the response does not explain (1) when the smart ring was ordered, (2) what efforts they have made to follow up on the request, or (3) whether there are other providers of the ring from whom Defendants

could, or have actually tried to, obtain the ring. Accordingly, within **seven (7)** days of the of this order, Defendants shall file a supplemental response addressing those issues. Plaintiff will have **seven** (7) days from receipt of the supplemental response to file a reply.

Plaintiff is advised that there is still a stay entered in this case while the parties participate in the court's early mediation program. As such, Plaintiff shall not file any other documents with the court while the stay is in place except for his reply brief as directed in this Order.

**IT IS SO ORDERED**.

Dated: November 7, 2025

_____
Craig S. Denney
United States Magistrate Judge