UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER VOORHIS,<br><br>    Plaintiff<br><br>v.<br><br>KENNETH WILLIAMS, et al.,<br><br>    Defendants | Case No.: 3:25-cv-00358-MMD-CSD<br><br>**Order**<br><br>Re: ECF No. 16 |

Plaintiff initiated this action with the filing of a 42 U.S.C. § 1983 complaint alleging that Defendants have delayed getting him a new CPAP machine after his old one broke, and a motion for a preliminary injunction (PI) and temporary restraining order (TRO) seeking an order that Defendants provide him with a new CPAP machine. (ECF Nos. 2, 4.)

On October 23, 2025, Defendants entered a limited appearance for the purposes of filing an opposition to Plaintiff's motion (ECF Nos. 15, 16). On November 7, 2025, the court directed Defendants to file a supplement to their opposition.  The supplement, filed on November 14, 2025, indicates that Plaintiff's sleep study has been completed, using a smart sleep ring, and the ring was returned to the provider on November 3, 2025. As of the date of the supplement, Defendants were awaiting a doctor's review of the results. Defendants indicate that only after a doctor reviews the results and prescribes settings for a CPAP machine may a CPAP machine be ordered, and that, once ordered, it should take seven to thirty days to receive a machine from a vendor.

Accordingly, IT IS ORDERED that Defendants shall file a report on the status of Plaintiff's sleep study results and CPAP machine on or about December 12, 2025. If a CPAP

machine is obtained for Plaintiff before that date, Defendants shall file a notice advising the court of such.

Plaintiff is advised that there is still a stay entered in this case while the parties participate in the court's early mediation program, so Plaintiff shall not file any documents while the stay is in place except as ordered by the court.

**IT IS SO ORDERED**.

Dated: November 24, 2025

_____
Craig S. Denney
United States Magistrate Judge