UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHRISTOPHER VOORHIS,

    Plaintiff

v.

KENNETH WILLIAMS, et al.,

    Defendants

Case No.: 3:25-cv-00358-MMD-CSD

**Order**

Plaintiff initiated this action with the filing of a 42 U.S.C. § 1983 complaint alleging that Defendants have delayed getting him a new CPAP machine after his old one broke, and a motion for a preliminary injunction (PI) and temporary restraining order (TRO) seeking an order that Defendants provide him with a new CPAP machine. (ECF Nos. 2, 4.)

On October 23, 2025, Defendants entered a limited appearance for the purposes of filing an opposition to Plaintiff's motion (ECF Nos. 15, 16). On November 7, 2025, the court directed Defendants to file a supplement to their opposition. The supplement, filed on November 14, 2025, indicated that Plaintiff's sleep study had been completed and that Defendants were awaiting a doctor's review of the results.

On December 10, 2025, Defendants filed a status report advising that the results of Plaintiff's sleep study have been obtained and a new CPAP machine ordered. Defendants estimated that delivery of the CPAP machine would take one to two weeks, barring shipping delays. (ECF No. 27.) Accordingly, IT IS ORDERED that Defendants shall file a further status report on or before December 29, 2025.

Plaintiff is advised that there is still a stay entered in this case while the parties participate

in the court's early mediation program, so Plaintiff shall not file any documents while the stay is in place except as ordered by the court.

**IT IS SO ORDERED**.

Dated: December 23, 2025

Craig S. Denney
United States Magistrate Judge