**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CHRISTOPHER VOORHIS,

    Plaintiff

v.

KENNETH WILLIAMS, et al.,

    Defendants

Case No.: 3:25-cv-00358-MMD-CSD

**Report & Recommendation of
United States Magistrate Judge**

Re: ECF Nos. 2, 4

This Report and Recommendation is made to the Honorable Miranda M. Du, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR 1B 1-4.

Before the court is Plaintiff Christopher Voorhis's motion for preliminary injunction and TRO. (ECF Nos. 2, 4.) Specially appearing defendants have filed an opposition, supplement, and two status reports (ECF Nos. 16, 21, 27, 29), and Plaintiff has replied (ECF No. 22).

**I. BACKGROUND**

Plaintiff is an inmate in the custody of the Nevada Department of Corrections (NDOC), proceeding pro se. (ECF No. 12.) Plaintiff initiated this action with the filing of a 42 U.S.C. § 1983 complaint alleging that Defendants have delayed getting him a new CPAP machine after his old one broke, and a motion for a preliminary injunction (PI) and temporary restraining order (TRO) seeking an order that Defendants provide him with a new CPAP machine. (ECF Nos. 2, 4.)

On October 23, 2025, Defendants entered a limited appearance for the purposes of filing an opposition to Plaintiff's motion (ECF No. 16). Following a court-ordered supplement and two status reports, Defendants have now advised the court that Plaintiff was provided with a new

CPAP machine on December 16, 2025. (ECF No. 29.)  Accordingly, as Plaintiff has obtained the only relief he sought by way of his motion (*see* ECF Nos. 2, 4), it is recommended that the motion for preliminary injunction and TRO be denied as moot.

## RECOMMENDATION

IT IS HEREBY RECOMMENDED that the District Judge enter an order **DENYING AS MOOT** the motion for preliminary injunction and TRO (ECF Nos. 2, 4).

The parties should be aware of the following:

1. That they may file, pursuant to 28 U.S.C. § 636(b)(1)(C), specific written objections to this Report and Recommendation within fourteen days of being served with a copy of the Report and Recommendation. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the district judge. Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed until entry of judgment by the district court.

Dated: December 30, 2025

_____
Craig S. Denney
United States Magistrate Judge