UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHRISTOPHER VOORHIS, | Case No. 3:25-cv-00358-MMD-CSD |
| Plaintiff, | ORDER |
| v. | |
| KENNETH WILLIAMS, *et al.*, | |
| Defendants. | |

Pro se Plaintiff Christopher Voorhis, an inmate in the custody of the Nevada Department of Corrections, brings this civil-rights action. Before the Court is the Report and Recommendation (ECF No. 30 ("R&R")) of United States Magistrate Judge Craig S. Denney, recommending that the Court deny as moot Voorhis's motion for preliminary injunction and motion for temporary restraining order. (ECF Nos. 2, 4 ("Motions").) Voorhis had until January 13, 2026 to file an objection. To date, no objection has been filed. For this reason, and as explained below, the Court adopts the R&R.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Denney did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). In the R&R, Judge Denney recommended denying the Motions as moot, because Voorhis was provided with a new CPAP machine on December 16, 2025, and that was the only form of relief he sought in his motions. (ECF No. 30 at 1-2.) The Court agrees with Judge Denney and will adopt the R&R in full.

It is therefore ordered that Judge Denney's Report and Recommendation (ECF No. 30) is adopted in full.

It is further ordered that the motion for a preliminary injunction (ECF No. 2) and the motion for a temporary restraining order (ECF No. 4) are denied as moot.

DATED THIS 26th Day of January 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE