AARON D. FORD
  Attorney General
HEIDI H. DEMERS, Bar No. 17034C
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1120
E-mail:  hdemers@ag.nv.gov

*Attorneys for Interested Party,*
*Nevada Department of Corrections*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER VOORHIS,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH WILLIAMS, *et al.*,<br><br>Defendants. | Case No.  3:25-cv-00358-MMD-CSD<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

Plaintiff, Christopher Voorhis, and Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Heidi H. Demers, Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs. The original document signed by Plaintiff is incorporated as Exhibit A.

DATED the 27th day of January 2026.

DATED this 13th day of March 2026.

AARON D. FORD
Attorney General

By: _____See Exhibit A_____
Christopher Voorhis #1252437
*Plaintiff, Pro Se*

By: /s/ *Heidi H. Demers*
Heidi H. Demers (Bar No. 17034C)
Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED this <u>16th</u> day of March, 2026.

Page **1** of **1**

# EXHIBIT A

## STIPULATION WITH VOORHIS SIGNATURE

# EXHIBIT A

AARON D. FORD
  Attorney General
JAMIE S. HENDRICKSON (Bar No. 12770)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
100 N. Carson Street
Carson City, Nevada 89701-4717
(775) 684-1234 (phone)
(775) 684-1108 (fax)
Email: jhendrickson@ag.nv.gov
*Attorneys for Interested Party*
*Nevada Department of Corrections*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER VOORHIS, | Case No. 3:25-cv-00358-MMD-CSD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| KENNETH WILLIAMS, *et al.,* | |
| Defendants. | |

Plaintiff, Christopher Voorhis, and Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Jamie S. Hendrickson, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 27th day of January 2026.

By: _____
Christopher Voorhis #1252437
*Plaintiff, Pro Se*

DATED this 27th day of January 2026.
AARON D. FORD
Attorney General

By: /s/ *Jamie S. Hendrickson*
Jamie S. Hendrickson (Bar No. 12770)
Senior Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____